# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:25–cv–06770–VSB–SDA

| | |
|---|---|
| Shelby v. United States Of America et al | Date Filed: 08/15/2025 |
| Assigned to: Judge Vernon S. Broderick | Date Terminated: 03/13/2026 |
| Referred to: Magistrate Judge Stewart D. Aaron | Jury Demand: None |
| Related Case:  1:19–cv–02020–VSB–SDA | Nature of Suit: 555 Prisoner: Prison Condition |
| Cause: 28:1331tt Fed. Question: Tort Action | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**July Justine Shelby**  represented by  **Leena Widdi**
1639 Centre St, Ste 216
Ridgewood, NY 11385
917–748–9127
Email: leenawiddi.esq@gmail.com
*ATTORNEY TO BE NOTICED*

**Regina Yu**
Cohen & Green PLLC
1639 Centre St
Suite 216
Ridgewood, NY 11385
603–289–5455
Fax: 929–888–9457
Email: regina@femmelaw.com
*ATTORNEY TO BE NOTICED*

**Remy Green**
Cohen&Green P.L.L.C.
1639 Centre Street
Suite 216
11385
Ridgewood, NY 11207
929–888–9480
Fax: 929–888–9457
Email: remy@femmelaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**United States Of America**  represented by  **Kamika Shaw**
DOJ–USAO
U.S. Attorney's Office, SDNY
86 Chambers Street
Third Floor
New York, NY 10007
212–637–2768
Email: kamika.shaw@usdoj.gov

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 08/15/2025 | Ï 1 | COMPLAINT against United States Of America. (Filing Fee $ 405.00, Receipt Number ANYSDC−31552647)Document filed by July Justine Shelby..(Green, Remy) (Entered: 08/15/2025) |
| 08/15/2025 | Ï 2 | CIVIL COVER SHEET filed..(Green, Remy) (Entered: 08/15/2025) |
| 08/15/2025 | Ï 3 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 19−cv−2020. Document filed by July Justine Shelby..(Green, Remy) (Entered: 08/15/2025) |
| 08/18/2025 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Unassigned. .(pc) (Entered: 08/18/2025) |
| 08/18/2025 | Ï | Case Designated ECF. (pc) (Entered: 08/18/2025) |
| 08/18/2025 | Ï | CASE REFERRED to Judge Vernon S. Broderick as possibly related to 19cv2020. (pc) (Entered: 08/18/2025) |
| 08/18/2025 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Remy Green. The party information for the following party/parties has been modified: Ms. July Justine Shelby. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly;. (pc) (Entered: 08/18/2025) |
| 08/20/2025 | Ï | CASE ACCEPTED AS RELATED. Create association to 1:19−cv−02020−VSB−SDA. Notice of Assignment to follow. (tro) (Entered: 08/20/2025) |
| 08/20/2025 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Vernon S. Broderick. Judge Unassigned is no longer assigned to the case. (tro) (Entered: 08/20/2025) |
| 08/20/2025 | Ï | Magistrate Judge Stewart D. Aaron is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (tro) (Entered: 08/20/2025) |
| 08/27/2025 | Ï 4 | FILING ERROR − DEFICIENT PLEADING − SUMMONS REQUEST PDF ERROR − REQUEST FOR ISSUANCE OF SUMMONS as to United States of America, re: 1 Complaint. Document filed by July Justine Shelby..(Yu, Regina) Modified on 8/28/2025 (pc). (Entered: 08/27/2025) |
| 08/27/2025 | Ï 5 | NOTICE OF APPEARANCE by Regina Yu on behalf of July Justine Shelby..(Yu, Regina) (Entered: 08/27/2025) |
| 08/28/2025 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Remy Green to RE−FILE Document No. 4 Request for Issuance of Summons. The filing is deficient for the following reason(s): Only parties listed on the complaint caption title can be issued a summons. List the party's name followed by c/o;. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (pc) (Entered: 08/28/2025) |
| 08/29/2025 | Ï 6 | ORDER OF REFERENCE: Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Stewart D. Aaron. SO ORDERED. (Signed |

| | | |
|---|---|---|
| | | by Judge Vernon S. Broderick on 8/29/2025) (jjc) (Entered: 08/29/2025) |
| 09/12/2025 | 7 | REQUEST FOR ISSUANCE OF SUMMONS as to United States of America, re: 1 Complaint. Document filed by July Justine Shelby..(Yu, Regina) (Entered: 09/12/2025) |
| 09/15/2025 | 8 | ELECTRONIC SUMMONS ISSUED as to United States Of America. (sj) (Entered: 09/15/2025) |
| 09/26/2025 | 9 | SUMMONS RETURNED EXECUTED Summons and Complaint served. United States Of America served on 9/16/2025, answer due 11/17/2025. Service was accepted by Derick Mayers, Civil clerk. Service was made by Mail. Document filed by July Justine Shelby..(Yu, Regina) (Entered: 09/26/2025) |
| 09/29/2025 | 10 | NOTICE OF APPEARANCE by Leena Widdi on behalf of July Justine Shelby..(Widdi, Leena) (Entered: 09/29/2025) |
| 09/30/2025 | 11 | NOTICE OF APPEARANCE by Kamika Shaw on behalf of United States Of America..(Shaw, Kamika) (Entered: 09/30/2025) |
| 12/21/2025 | 12 | LETTER MOTION for Extension of Time addressed to Judge Vernon S. Broderick from Kamika S. Shaw dated December 21, 2025. Document filed by United States Of America..(Shaw, Kamika) (Entered: 12/21/2025) |
| 12/22/2025 | 13 | ORDER granting 12 Letter Motion for Extension of Time: The Government's Letter Motion filed at ECF No. 12 is GRANTED. No later than January 29, 2026, the Government shall respond to the Complaint. The parties are reminded that this case has been referred to Magistrate Judge Aaron for general pretrial purposes. All future applications relating to pretrial matters shall be addressed to Judge Aaron. (HEREBY ORDERED by Magistrate Judge Stewart D. Aaron)(Text Only Order) (Aaron, Stewart) (Entered: 12/22/2025) |
| 01/26/2026 | 14 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Stewart D. Aaron from Kamika S. Shaw dated January 26, 2026. Document filed by United States Of America..(Shaw, Kamika) (Entered: 01/26/2026) |
| 01/27/2026 | 15 | ORDER granting 14 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 1/27/2026) (mml) (Entered: 01/27/2026) |
| 01/27/2026 | | Set/Reset Deadlines: United States Of America answer due 2/12/2026. (mml) (Entered: 01/27/2026) |
| 02/10/2026 | 16 | LETTER MOTION for Extension of Time addressed to Magistrate Judge Stewart D. Aaron from Kamika S. Shaw dated February 10, 2026. Document filed by United States Of America..(Shaw, Kamika) (Entered: 02/10/2026) |
| 02/10/2026 | 17 | ORDER granting 16 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 2/10/2026) (kl) (Entered: 02/10/2026) |
| 02/18/2026 | 18 | MOTION to Dismiss *the Complaint*. Document filed by United States Of America..(Shaw, Kamika) (Entered: 02/18/2026) |
| 02/18/2026 | 19 | MEMORANDUM OF LAW in Support re: 18 MOTION to Dismiss *the Complaint*. . Document filed by United States Of America..(Shaw, Kamika) (Entered: 02/18/2026) |
| 03/04/2026 | 20 | LETTER MOTION for Extension of Time addressed to Judge Vernon S. Broderick from Kamika S. Shaw dated March 4, 2026. Document filed by United States Of America..(Shaw, Kamika) (Entered: 03/04/2026) |

| | | |
|---|---|---|
| 03/05/2026 | 21 | ORDER granting 20 Letter Motion for Extension of Time. Application GRANTED. SO ORDERED. (Signed by Magistrate Judge Stewart D. Aaron on 3/5/2026) (jjc) (Entered: 03/05/2026) |
| 03/11/2026 | 22 | PROPOSED STIPULATION AND ORDER. Document filed by United States Of America..(Shaw, Kamika) (Entered: 03/11/2026) |
| 03/13/2026 | 23 | STIPULATION AND ORDER TO TRANSFER VENUE: NOW, THEREFORE, upon the parties agreement, IT IS HEREBY ORDERED that: 1. The above−captioned action is hereby transferred to the United States District Court for the Eastern District of New York; pursuant to 28 U.S.C. § 1391(e). 2. All of the parties respective arguments, claims, and defenses related to the facts,circumstances, and events giving rise to the above−captioned action are hereby reserved. SO ORDERED. (Signed by Judge Vernon S. Broderick on 3/13/2026) (rro) (Entered: 03/13/2026) |
| 03/13/2026 |  | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Eastern District of New York.(rro) (Entered: 03/13/2026) |