UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

JULY JUSTINE SHELBY,                                   **NOTICE OF APPEARANCE**

                                  Plaintiff,

                                                       Civil Action No.
                    v.                                 26-cv-1479

UNITED STATES OF AMERICA,                              (Chen, J.)
                                                       (Eichenholtz, M.J.)

                                  Defendant.

----------------------------------------------------------------x

      PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, TSZ TING TAM Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Defendant United States in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that she is admitted to practice in this Court.

Dated: Brooklyn, New York          JOSEPH NOCELLA, JR.
      March 27, 2026              United States Attorney

                          By:    */s/ Tsz Ting Tam*
                                 TSZ TING TAM
                                 Assistant U.S. Attorney
                                 718-254-6284
                                 Tsz.Ting.Tam@usdoj.gov