**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 27, 2026

BY ECF
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *July Justine Shelby v. United States of America*
>        Case No. 26-cv-1479 (Chen, J.) (Eichenholtz, M.J.)

Dear Judge Chen:

This Office represents Defendant United States of America in this action which recently was transferred to this District from the Southern District of New York. On March 16, 2026, Your Honor denied a motion to dismiss the Plaintiff's action filed by the U.S. Attorney's Office for the Southern District of New York without prejudice and ordered Defendant to submit a pre-motion conference letter by March 30, 2026 should it still wish to move to dismiss. (*See* ECF Order Dated March 16, 2026.)

With the consent of Plaintiff's counsel, Defendant respectfully requests a 30-day extension of its deadline to respond to the Complaint from March 30, 2026 to April 29, 2026. There have been no prior requests for an extension of this deadline before this Court. If granted, the extension requested herein would not affect any other deadlines in this action. This on-consent request is being made because additional time is needed to obtain requisite information from the agency and prior counsel to respond to the Complaint. Respectfully, we note Your Honor's rule requiring requests for extensions of time to be submitted two business days in advance of the filing deadline, and apologize to the Court for any inconvenience caused by the *nunc pro tunc* nature of this application because the matter was assigned to the undersigned late last night.

Thank you for the Court's consideration of this request.

Respectfully submitted

JOSEPH NOCELLA, JR.
United States Attorney

By:   */s/ Tsz Ting Tam*
Tsz Ting Tam
Assistant U.S. Attorney
(718) 254-6284
Tsz.Ting.Tam@usdoj.gov

The Honorable Pamela K. Chen
March 27, 2026
Page 2 of 2

cc:     Leena Widdi (by ECF)
        Regina Yu (by ECF)
        Remy Green (by ECF)
        *Attorneys for Plaintiff*