**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 24, 2026

BY ECF
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *July Justine Shelby v. United States of America*
>        Case No. 26-cv-1479 (Chen, J.) (Eichenholtz, M.J.)

Dear Judge Chen:

This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff July Justine Shelby.

With the consent of Plaintiff's counsel, Defendant respectfully requests a 30-day extension of its deadline to respond to the Complaint from April 29, 2026 to May 29, 2026. The extension is needed because we are still in the process of obtaining information from, and coordinating with counsel from, the agency concerning how the government will respond to the Complaint.

As noted above, this application is being made with the consent of Plaintiff's counsel. There has been one previously-granted request for an extension of this deadline. If granted, the extension requested herein would not affect any other deadlines in this action.

Thank you for the Court's consideration of this request.

Respectfully submitted

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Tsz Ting Tam
       Tsz Ting Tam
       Assistant U.S. Attorney
       (718) 254-6284
       Tsz.Ting.Tam@usdoj.gov

cc:    Leena Widdi (by ECF)
       Regina Yu (by ECF)
       Remy Green (by ECF)
       *Attorneys for Plaintiff*