

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

June 22, 2026

<u>BY ECF</u>

Honorable Seth D. Eichenholtz
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *July Justine Shelby v. United States of America*
>         <u>No. 26-cv-1479 (Chen, J.) (Eichenholtz, M.J.)</u>

Dear Judge Eichenholtz:

This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff July Justine Shelby. At the May 27, 2026 Initial Conference, the Court directed this Office to determine whether Your Honor was personally involved in any aspect of this matter during Your Honor's employment with the Department of Justice. (*See also* ECF Minute Entry Dated May 28, 2026.) The Parties also were directed to advise the Court by June 26, 2026 if they believe that there is any reason that could serve as a basis for Your Honor's recusal. *Id.* In addition, the Court directed the Parties to submit a status letter by the same date indicating whether they believe the discovery stay currently in effect should continue and if not, propose deadlines for the completion of discovery. *Id.* We write to address these issues.

This Office's investigation determined that Your Honor was not involved in any aspect of the instant lawsuit that Plaintiff filed on August 15, 2025. However, this Office has learned that while Your Honor served in the Office of the Deputy Attorney General, Your Honor communicated with Assistant U.S. Attorneys in the Southern District of New York in connection with Plaintiff's habeas petition in the *JJS* case in that district, which remains pending. (*See JJS v. Warden, FMC Carswell*, Case No. 19-cv-2020, S.D.N.Y.). The communications were related to Plaintiff's then-upcoming hearing that occurred on June 28 and 29, 2022. Based on the foregoing, the Government respectfully submits that it does not believe that recusal is warranted under these circumstances.

As to the discovery stay, the Parties jointly propose that they provide the Court with a status update after the premotion conference on July 2, 2026 that Judge Chen scheduled to address Defendants' proposed motion to dismiss the Complaint.

The Honorable Seth D Eichenholtz
June 22, 2026
Page 2 of 2

Respectfully submitted

JOSEPH NOCELLA, JR.
United States Attorney

By:    */s/ Tsz Ting Tam*
Tsz Ting Tam
Assistant U.S. Attorney
(718) 254-6284
Tsz.Ting.Tam@usdoj.gov

cc:    Leena Widdi
Regina Yu
Remy Green
*Attorney for Plaintiff* (by ECF)

2