

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 10, 2026

<u>BY ECF</u>
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *July Justine Shelby v. United States of America*
       <u>No. 26-cv-1479 (Chen, J.) (Marutollo, M.J.)</u>

Dear Judge Marutollo:

This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff July Justine Shelby. We write to provide a joint status report, per the Court's order dated July 2, 2026.

The United States has determined that it will not file a motion to dismiss the Complaint. Accordingly, the United States consents to proceed to discovery and a lift of the current stay.  The parties had previously met and conferred pursuant to Rule 26(f), and filed a Joint Proposed Discovery Plan with deadlines tied to the resolution of the United States' request to stay discovery. *See* Proposed Scheduling Order and Discovery Plan at ECF No. 32.

The Parties continue to propose those timeframes in that Proposed Order.  If helpful to the Court, the Parties can submit a revised Proposed Order that provides dates certain on the form linked from Your Honor's Individual Rules.

Respectfully submitted

JOSEPH NOCELLA, JR.
United States Attorney

By:    <u>*/s/ Tsz Ting Tam*</u>
       Tsz Ting Tam
       Assistant U.S. Attorney
       (718) 254-6284
       Tsz.Ting.Tam@usdoj.gov

cc:    Leena Widdi
       Regina Yu
       Remy Green
       *Attorneys for Plaintiff* (by ECF)