

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 27, 2026

BY ECF
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    *July Justine Shelby v. United States of America*
                <u>No. 26-cv-1479 (Chen, J.) (Marutollo, M.J.)</u>

Dear Judge Chen:

This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff July Justine Shelby. We write pursuant to Your Honor's Minute Entry order dated July 2, 2026.

The United States has determined that it will not file a dispositive motion to dismiss Plaintiff's claims at this time. As the United States reported in a joint status report to Judge Marutollo, it consents to proceed to discovery. *See* ECF No. 38. Judge Marutollo has entered a discovery schedule. *See* ECF Text Order dated July 10, 2026.

                    Respectfully submitted

                    JOSEPH NOCELLA, JR.
                    United States Attorney

      By:    <u>*/s/ Tsz Ting Tam*</u>
            Tsz Ting Tam
            Assistant U.S. Attorney
            (718) 254-6284
            Tsz.Ting.Tam@usdoj.gov

cc:    Leena Widdi
       Regina Yu
       Remy Green
       *Attorneys for Plaintiff* (by ECF)