UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – – – – – – –X

JULY JUSTINE SHELBY,

                Plaintiff,

    vs.

UNITED STATES OF AMERICA,

                Defendant.

– – – – – – – – – – – – – – – – – – – – – – –X

**STIPULATION AND
PROTECTIVE ORDER**

Civil Action No.
26-CV-1479

WHEREAS, on or about May 21, 2026, the Parties executed a Confidentiality Order that was so-ordered by the Court on or about May 22, 2026 ("the Confidentiality Order"); and

WHEREAS, the Federal Bureau of Prisons anticipates disclosing information and documents that are responsive to discovery requests that Plaintiff has served, and the disclosure of which are prohibited by the Privacy Act, 5 U.S.C. § 552a, and regulations;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for the Parties that:

1.    The Federal Bureau of Prisons and its employees are authorized pursuant to 5 U.S.C. § 552a(b)(12) to produce records and information that would otherwise be protected from disclosure by the Privacy Act.

2.    Such records may be designated as "confidential" and subject to the terms and protections of the Confidentiality Order.

2

Respectfully submitted,

Dated: Brooklyn, New York           JOSEPH NOCELLA, JR.
       August 14, 2026             United States Attorney
                                        Eastern District of New York
                                        271-A Cadman Plaza East
                                        Brooklyn, New York 11201

By:    */s/ Tsz Ting Tam*
           Tsz Ting Tam
           Assistant U.S. Attorney
           (718) 254-6284
           Tsz.Ting.Tam@usdoj.gov

Dated: Ridgewood, New York    By:    */s/ J. Remy Green*
       August 14, 2026                   J. Remy Green
                                        *Attorney for Plaintiff*
                                        Cohen & Green PLLC
                                        1639 Centre Street, Suite 216
                                        Ridgewood, New York 11385
                                        (929) 888-9480
                                        remy@femmelaw.com

SO ORDERED:

Brooklyn, New York
_____, 2026


_____
HONORABLE JOSEPH A. MARUTOLLO
United States District Judge, E.D.N.Y.

*July Justine Shelby v. United States of America,* 26-CV-1479 (Chen, J.)(Marutollo, M.J.)
Stipulation and Order