

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 14, 2026

<u>BY ECF</u>
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   *July Justine Shelby v. United States of America*
>       <u>No. 26-cv-1479 (Chen, J.) (Marutollo, M.J.)</u>

Dear Judge Marutollo:

This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff July Justine Shelby. We write on behalf of the parties to provide a joint status report outlining the status of discovery, per the Court's order dated July 10, 2026.

The United States produced its responses to Plaintiff's first set of discovery requests on August 12, and anticipates supplementing this production after the entry of a forthcoming Privacy Act stipulation and the agency's collection and review of email communications. The United States will serve its first set of discovery requests to Plaintiff.

Thank you for the Court's consideration of this submission.

> Respectfully submitted
>
> JOSEPH NOCELLA, JR.
> United States Attorney
>
> By:   <u>*/s/ Tsz Ting Tam*</u>
>       Tsz Ting Tam
>       Assistant U.S. Attorney
>       (718) 254-6284
>       Tsz.Ting.Tam@usdoj.gov

cc:   Leena Widdi
      Regina Yu
      Remy Green
      *Attorneys for Plaintiff* (by ECF)