**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 10, 2026

BY ECF
Honorable Joseph A. Marutollo
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *July Justine Shelby v. United States of America*
No. 26-cv-1479 (Chen, J.) (Marutollo, M.J.)

Dear Judge Marutollo:

This Office represents Defendant United States of America in the above-referenced action brought by Plaintiff July Justine Shelby. We write to provide a joint status report per the Court's order dated August 14, 2026.

Since the last update to the Court on August 14, the United States has made a supplemental production following the entry of the parties' Privacy Act stipulation and are beginning discussions about search terms for the production of any email communications that may be responsive to Plaintiff's first set of discovery requests.

Respectfully submitted

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/ Tsz Ting Tam*
Tsz Ting Tam
Assistant U.S. Attorney
(718) 254-6284
Tsz.Ting.Tam@usdoj.gov

cc: Leena Widdi
Regina Yu
Remy Green
*Attorneys for Plaintiff* (by ECF)