UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JULY JUSTINE SHELBY,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Civil Action No.
26-CV-1479

(Chen, J.)
(Marutollo, M.J.)

PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, JEFFREY NOLL Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Defendant United States in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that he is admitted to practice in this Court.

Dated: Brooklyn, New York
October 13, 2026

JOSEPH NOCELLA, JR.
United States Attorney

By: */s/Jeffrey Noll*

JEFFREY NOLL
Assistant U.S. Attorney
U.S. Attorney's Office
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, NY 11201
718-254-6131
Jeffrey.noll@usdoj.gov